IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PARTS PLUS OF NEW MEXICO, INC.
AND SAMUEL E. HONEGGER, LLC,

    Plaintiffs,

v.                                                                   No.: 20-cv-0675 SMV/SCY

TRI-STATE INSURANCE COMPANY
OF MINNESOTA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time:**    July 12, 2022, at 3:30 p.m. MDT

    **Matter to be heard:**  Status conference to set trial

    **IT IS ORDERED** that a telephonic status conference is set for **July 12, 2022, at 3:30 p.m. MDT.** Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting. Counsel are reminded to have their calendars available for the hearing.

    Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                                  _____
                                                                                  **STEPHAN M. VIDMAR**
                                                                                  **United States Magistrate Judge**
                                                                                   **Presiding by Consent**